UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO,

                Plaintiff,

-v-

OTTLITE TECHNOLOGIES, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 7206 (SLC)

**ORDER FOR PROPOSED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the Court's order scheduling an initial case management conference in this matter for Tuesday, January 26, 2021 at 12:00 pm, the parties' joint Report of Rule 26(f) Meeting and Proposed Case Management Plan was due yesterday, January 19, 2021.  (ECF No. 15).  No plan having been submitted, the parties are ORDERED to submit the plan by **Friday, January 22, 2020**.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:        New York, New York
               January 20, 2021

                                                        SO ORDERED

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**